IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CLEMISSON LUDDINGTON, #241638 § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-177 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| TDCJ-CID § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on April 26, 2005. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Clemisson Luddington (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 24th day of May, 2005.

Samuel B. Kent
United States District Judge