IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CLEMISSON LUDDINGTON, #241638 § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-177 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| TDCJ-CID § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 24th day of May, 2005.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE